**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NORTHERN ILLINOIS GAS COMPANY, | ) |
| d/b/a NICOR GAS COMPANY, | ) |
| | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 1:22-cv-01418 |
| | ) Judge Edmond E. Chang |
| GENERAL CASUALTY INSURANCE | ) |
| COMPANY and GREENWICH INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| *Defendants.* | ) |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the above-captioned action is voluntarily dismissed, the parties having reached a settlement, and pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own costs.

LINDSAY, PICKETT & POSTEL, LLC

By:    */s/Philip G. Brandt*
Peter G. Syregelas (6290882)
Direct Phone: 312-970-5661
psyregelas@lpplawfirm.com
Philip G. Brandt (6295960)
Direct Phone: 312-762-5154
pbrandt@lpplawfirm.com
200 W. Madison St., Suite 3850
Chicago, IL 60606
***Attorneys for Plaintiff Nicor***

LITCHFIELD CAVO LLP

By:    */s/Michael P. Baniak*
Michael P. Baniak (6299036)
Direct Phone: 312-781-6596
baniak@litchfieldcavo.com
303 W. Madison St., Suite 300
Chicago, IL 60606
***Attorney for Defendant General Casualty***

CHRISTENSEN HSU SIPES LLP

By:    */s/Nathan A. Hall*
       Nathan A. Hall (6308423)
       Direct Phone: 312-214-5361
       nate@chs.law
       Stephan J. Hoffman (6327888)
       Direct Phone: 312-651-6327
       stephan@chs.law
       224 S. Michigan Ave., Suite 1300
       Chicago, IL 60604
       ***Attorneys for Defendant Greenwich***