# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Northern Illinois Gas Company

                          Plaintiff,

v.                                                       Case No.: 1:22–cv–01418
                                                       Honorable Edmond E. Chang

General Casualty Insurance Company, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 27, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's unopposed motion to correct [39] docket entry R. 38 is granted. The stipulation clearly was without prejudice, rather than with prejudice, R. 37, and R. 38 was a clerical error. The dismissal is without prejudice. Emailed notice(eec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.